ORDER
PER CURIAM:
On July 27, 2004, in a panel decision, the Court vacated the April 6, 2001, decision of the Board of Veterans’ Appeals (Board) that determined that the appellant was not entitled to additional non-service-connected pension benefits for dependents under section 1521(c) of title 38, U.S.Code, for his 18-year-old son, who was attending a State-of-Wisconsin-approved home school, and remanded the matter to the Board for readjudication. On August 17, 2004, the Secretary filed a timely motion for reconsideration, or, in the alternative, for full Court review. “Motions for a full-Court decision are not favored. Ordinarily they will not be granted unless such action is necessary to secure or maintain uniformity of the Court’s decisions or to resolve a question of exceptional important.” U.S. Vet.Apf. R. 35(c).
Upon consideration of the foregoing and the prior pleadings of the parties, it is
ORDERED, by the panel, that the motion for reconsideration is denied. It is
ORDERED, by the full Court, that the motion for a full-Court decision is denied.